UNITED STATES DISTRICT COURT
for the
Northern District of West Virginia

FILED
JAN 29 2019
U.S. DISTRICT COURT-WVND
WHEELING, WV 26003

CHRISTIE HYDE

*Plaintiff(s)*
v.
IATSE Local Union 64, Wheeling Municipal Auditorium Bd, Greater Wheeling Sport and Entertainment Authority, and Frank Scarnechia

*Defendant(s)*

Civil Action No. 5:18-CV-145

## JUDGMENT IN A CIVIL ACTION

The court has ordered that:

☐ Judgment award  ☐ Judgment costs  ☒ Other

other: IT IS ORDERED AND ADJUDGED that Defendants' Motions to Dismiss are Denied as Moot and Without Prejudice; Plaintiff's Motion to Remand is GRANTED; and this civil action is REMANDED to the Circuit Court of Ohio County, WV, and STRICKEN from the active docket of this Court.

This action was:

☐ tried by jury  ☐ tried by judge  ☒ decided by judge

decided by Judge Frederick P. Stamp, Jr.

Date: 01/29/2019

*CLERK OF COURT*
Cheryl Dean Riley

_S. O. Abraham_ S. O. Abraham
*Signature of Clerk or Deputy Clerk*